IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

| | | |
|---|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** a mutual insurance company incorporated and organized under the laws of the State of Michigan, | ) ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CASE NUMBER: 2:16-cv-00613** |
| **BROADSOUTH COMMUNICATIONS, INC.** a corporation; **RANDOLPH WILLIAMS,** an individual; **SYNETHIA PETTAWAY,** an individual | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### PLAINTIFF AUTO-OWNERS INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AND/OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

Plaintiff Auto-Owners Insurance Company ("Auto-Owners") moves this Court to enter a default judgment and/or alternatively summary judgment in its favor and against Defendants Broadsouth Communications, Inc., Randolph Williams, and Synethia Pettaway, pursuant to Rules 54, 55 and 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact and that Plaintiff Auto-Owners is entitled to judgment as a matter of law. In support of this motion, Plaintiff Auto-Owners shows this Court the following:

1. On December 14, 2016, Plaintiff filed its Complaint for Declaratory Judgment. [Doc. #1]

2. On December 27, 2016, the insured Defendants Broadsouth Communications, Inc. and Randolph Williams were served with the Summons and Complaint for the present declaratory judgment action. [Doc. #7 & Doc. #8]

3. Defendants Broadsouth Communications, Inc. and Randolph Williams have failed to timely submit a responsive pleading.

4. Plaintiff Auto-Owners is entitled to a default judgment, pursuant to Rule 55, F. R. Civ. P., given the failure on the part of the insured defendants to respond to the Complaint for Declaratory Judgment.

5. The Complaint for Declaratory Judgment seeks confirmation of an absence of coverage for claims and damages asserted in a suit filed by Synethia Pettaway in the underlying case styled *Synethia Pettaway v. Randolph Williams a/k/a Randy Williams and Broadsouth Communications, Inc., d/b/a WHBB, et al,* pending in the Circuit Court of Dallas County, Alabama, civil action number 27-CV-2016-900068.00.

6. The burden of establishing coverage belongs to the insured. The failure on the part of the insured defendants in this declaratory judgment action to answer the complaint and moreover to establish coverage supports a default judgment against Broadsouth Communications, Inc. and Randolph Williams in Auto-Owners' favor.

7. Plaintiff Auto-Owners is entitled to a default judgment in its favor finding that there is no coverage for the claims presented against Defendants Broadsouth Communications, Inc. and Randolph Williams in the matter styled *Synethia Pettaway v. Randolph Williams*

*a/k/a Randy Williams and Broadsouth Communications, Inc., d/b/a WHBB, et al,* pending in the Circuit Court of Dallas County, Alabama, civil action number 27-CV-2016-900068.00 under the policy of insurance issued by Plaintiff Auto-Owners to Broadsouth Communications, Inc. bearing policy number 124617-38239959-15 for the period from July 27, 2015 to July 27, 2016.

8.    Alternatively, Plaintiff Auto-Owners is entitled to summary judgment as to the claims of coverage by the Defendants under the policy of insurance issued by Plaintiff Auto-Owners to Broadsouth Communications, Inc. bearing policy number 124617-38239959-15 for the period from July 27, 2015 to July 27, 2016. Defendants Broadsouth Communications, Inc. and Randolph Williams sought coverage under the Auto-Owners Policy for the injuries claimed by Synethia Pettaway.  Plaintiff Auto-Owners is entitled to summary judgment in its favor as to the pending motion given the absence of a dispute over any genuine issue of material fact.

9.    This Motion is based upon the pleadings, affidavit, the Policy, and additional materials contained within Plaintiff Auto-Owners Insurance Company's Evidentiary Submission filed simultaneously herewith.

10.    The evidentiary submission illustrates that there is no genuine issue as to any material fact, and Plaintiff Auto-Owners is entitled to summary judgment in its favor.

11.    In further support of this Motion, Plaintiff Auto-Owners relies upon the Narrative Statement of Undisputed Material Facts and the Memorandum of Law in Support of Plaintiff Auto-Owners Insurance Company's Motion for Default Judgment and/or

3

Alternatively, Motion for Summary Judgment which is adopted, along with the evidentiary submission, and incorporated as if fully set forth herein.

**WHEREFORE, these premises considered**, Plaintiff Auto-Owners Insurance Company respectfully requests that this Court enter default judgment and/or alternatively summary judgment in its favor and for any and all other relief Plaintiff Auto-Owners Insurance Company may be entitled, including but not limited to a finding as follows:

a. That Auto-Owners Insurance Company does not owe Defendants Broadsouth Communications, Inc. and Randolph Williams a duty to defend them in the case styled *Synethia Pettaway v. Randolph Williams a/k/a Randy Williams and Broadsouth Communications, Inc. d/b/a WHBB, et*, pending in the Circuit Court of Dallas County, Alabama, civil action number 27-CV-2016-900068.00;

b. That Auto-Owners Insurance Company does not owe Defendants Broadsouth Communications, Inc. and Randolph Williams a duty to indemnify any judgment, damages, award, settlement, or other obligation rendered and/or reached and/or awarded in the case styled *Synethia Pettaway v. Randolph Williams a/k/a Randy Williams and Broadsouth Communications, Inc. d/b/a WHBB, et*, pending in the Circuit Court of Dallas County, Alabama, civil action number 27-CV-2016-900068.00;

c. That Auto-Owners Insurance Company owes no insurance coverage whatsoever to any of the Defendants named in this action for any claims or damages arising in and/or related to the case styled *Synethia Pettaway v. Randolph Williams a/k/a Randy Williams and Broadsouth Communications, Inc. d/b/a WHBB, et*, pending

4

      in the Circuit Court of Dallas County, Alabama, civil action number 27-CV-2016-900068.00;

d. Any other further, different, or appropriate relief to which Plaintiff Auto-Owners Insurance Company may be entitled under these premises.

Respectfully submitted this the 24th day of February, 2017.

Respectfully submitted,

/s/ Jamie A. Johnston
Attorney for Plaintiff Auto-Owners Insurance Company

**OF COUNSEL:**

**JAMIE A. JOHNSTON, P.C.**
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
(334) 202-9228
**jamie@jjohnstonpc.com**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be delivered via electronic mail and/or US Mail, postage prepaid, on this the 24th day of February, 2017, addressed as follows:

Mr. Henry L. Penick, Esq.
Penick Law Firm, PC
Post Office Box 967
Birmingham, Alabama 35201
hlpenick@bham.rr.com

Broadsouth Communications, Inc.
PO Box 1055
Selma, Alabama 36702-1055

Randolph Williams a/k/a Randy Williams
PO Box 1055
Selma, Alabama 36702-1055

Randolph Williams
612 US Highway 80 East
Selma, Alabama 36701

                                            /s/ Jamie A. Johnston
                                            Of Counsel