IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

AUTO-OWNERS INSURANCE
COMPANY,                                        *
    Plaintiff,
                                                                       *

vs.                                              CIVIL NO.  16-0613-WS-B
                                                                       *

BROADSOUTH COMMUNICATIONS,
INC., et al
    Defendant.                            *

**<u>CLERK'S ENTRY OF DEFAULT</u>**

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is hereby entered by the Clerk against the Defendants Broadsouth Communications, Inc. and Randolph Williams for failure to plead or otherwise defend.

      Done this the 16th day of March, 2017.

                                            CHARLES R. DIARD, JR., CLERK

                                      By:  s/ *Tina Wood*
                                                         Deputy Clerk